James B. SKIPWITH, Petitioner—
Appellant,

v.

VIRGINIA DEPARTMENT OF
CORRECTIONS, Respondent—
Appellee.

No. 04–7601.

United States Court of Appeals,
Fourth Circuit.

Submitted April 28, 2005.

Decided May 3, 2005.

James B. Skipwith, Appellant pro se.

Before WILLIAMS, KING, and
DUNCAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

James B. Skipwith noted this appeal
from the district court's order dismissing
his 28 U.S.C. § 2254 (2000) petition with-
out prejudice for failure to exhaust state
remedies. Skipwith has filed a notice that
he wishes to withdraw his appeal as to the
habeas claims, but pursue his claims under
42 U.S.C. § 1983 (2000). Because Skip-
with did not assert any claims for relief
under § 1983 in the district court, this
court cannot consider such claims. *See
Muth v. United States,* 1 F.3d 246, 250
(4th Cir.1993) (noting that issue raised for
first time on appeal generally are not con-
sidered absent exceptional circumstances).

Moreover, because his conviction has not
been invalidated or otherwise called into
question, Skipwith's § 1983 claims are not
cognizable. *See Heck v. Humphrey,* 512
U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383
(1994).

In light of Skipwith's withdrawal of his
challenge to the district court's order, we
deny a certificate of appealability, *see* 28
U.S.C. § 2253(c) (2000); *Miller–El v.
Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct.
1029, 154 L.Ed.2d 931 (2003), and dismiss
the appeal. We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*DISMISSED*